AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Shanna Brandon
_Petitioner_

v.

Reherman
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 1:20CV00789
(Supplied by Clerk of Court)

FILED
DEC - 7 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Shanna Brandon
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Alderson Federal Prison Camp
   (b) Address: P.O. Box A, Alderson, WV 24910
   (c) Your identification number: 32717068
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Western District of North Carolina
   (b) Docket number of criminal case:
   (c) Date of sentencing: 11-30-17
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain): First Step Act earned time credits

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: BOP Alderson
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): refusal to calculate, apply, and benifit the inmate as to FSA Time Credits
   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes       ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: BOP Regional Office
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result: denial as to any accumilated credits
       (5) Date of result:
       (6) Issues raised: refusal to calculate, apply, and benifit the inmate as to FSA time credits

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes       ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: BOP Central Offic
  (2) Date of filing:
  (3) Docket number, case number, or opinion number:
  (4) Result: No result (time lapes)
  (5) Date of result:
  (6) Issues raised: refusal to calculate, apply, and benifit the ao inmate ao to FSA time credits

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☑ Yes     ☐ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: United States District Court @ Southern District of West Virginia
  (2) Date of filing: 12-3-20
  (3) Docket number, case number, or opinion number:
  (4) Result:
  (5) Date of result:
  (6) Issues raised: refusal of BOP to calculate, apply, and benifit the inmate ao to FSA time credits

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☑ No

If "Yes," answer the following:
  (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes              ☐ No

Page 4 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: ____
(2) Case number: ____
(3) Date of filing: ____
(4) Result: ____
(5) Date of result: ____
(6) Issues raised: ____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: ____
(2) Case number: ____
(3) Date of filing: ____
(4) Result: ____
(5) Date of result: ____
(6) Issues raised: ____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: *The issue at hand has jurisdiction in the district of inmates housing area*

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: ____
(b) Date of the removal or reinstatement order: ____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:
       (1) Date of filing: _____
       (2) Case number: _____
       (3) Result: _____
       (4) Date of result: _____
       (5) Issues raised: _____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?
     ☐ Yes      ☐ No
     If "Yes," provide:
     (1) Name of court: _____
     (2) Date of filing: _____
     (3) Case number: _____
     (4) Result: _____
     (5) Date of result: _____
     (6) Issues raised: _____

_____

_____

_____

12. **Other appeals**
    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
    ☐ Yes     ☒ No
    If "Yes," provide:
    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner is not being credited for recidivism reduction programming and productive activities labled under the US code service

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The US Code Service lists the definitions that should be credited as reduction programs and activities, however the BOP fails to acknowledge them.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes ☐ No

**GROUND TWO:** Petitioner requests 15 days for every 30 days of programming and activites, as she is a low risk

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Inmates who are low risk are to be credited 15 day of every 30 days of programming and activities

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes ☐ No

**GROUND THREE:** 

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Order the BOP to correctly apply 12 months of earned time credits, for an additional 12 months of supervised probation, releasing Petitioner from BOP custody in Feb, 2021.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

December 3, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/3/2020

Shanna Brandon

*Signature of Petitioner*

_____

*Signature of Attorney or other authorized person, if any*



$5 Check was sent from Alderson FPC via BP-199 given to facility staff on 12-3-20

Shanna
39711068
Federal Prison Camp
P.O. Box A
Alderson, WV
24910

US District Court
110 Heber St.
Room 119
Beckley, WV
25801

