IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

SHANNA BRANDON,

    Petitioner,

v.      Case No. 1:20-cv-00789

WARDEN CARVER,
FPC Alderson,

    Respondent.

## ORDER

Pending before the court are Petitioner's Motion to Proceed under § 2241 as Emergency Relief (ECF No. 2) (which is essentially a motion to expedite ruling), Petitioner's Motion to Order Bureau of Prisons to Correctly Apply Earned Time Credits under the First Step Act (ECF No. 3), and Petitioner's Motion to Waive Exhaustion of Administrative Remedies (ECF No. 4). In accordance with the proposed rulings set forth in the accompanying Proposed Findings and Recommendation, recommending that Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 be denied and this civil action be dismissed, these motions filed by Petitioner (ECF Nos. 2, 3, and 4) are hereby **DENIED**.

The Clerk is directed to mail a copy of this Order to Petitioner and to transmit a copy to counsel of record.

ENTER:    September 3, 2021

    Dwane L. Tinsley
    United States Magistrate Judge